UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   11-cr-00074-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  ALEXIS HERNANDEZ-ARRAZOLA,

    Defendant.

## ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    ORDERED that a supervised release violation hearing is set for **Monday, June 27, 2011, at 11:00 a.m. in courtroom A-1002.**

    Dated:  March 17, 2011.